IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT W. JOHNSON**                          **PLAINTIFF**

**v.**                  **CASE NO. 4:24-CV-00827-BSM**

**BLOCK, INC.**                           **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE